**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

JASON HAYNES WEST,

                Plaintiff,

v.                                        CIVIL ACTION NO.  5:17-cv-04241

UNITED STATES OF AMERICA, et al.,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

On October 30, 2017, the Plaintiff, proceeding *pro se*, filed his Complaint (Document 1) in this matter. The *Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment* (Document 17) was filed on February 8, 2018.

By *Standing Order* (Document 3) entered on October 31, 2017, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. On June 13, 2018, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 32) wherein it is recommended that the *Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment* (Document 17) be granted, and that this matter be removed from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by July 2, 2018.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the *Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment* (Document 17) be **GRANTED**, and that this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:     July 11, 2018

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2