# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

JASON HAYNES WEST,

        Plaintiff,

v.                                         CIVIL ACTION NO.   5:17-cv-04241

UNITED STATES OF AMERICA, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* of this date, the Court **ORDERS** that this case be **REMOVED** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                ENTER:      July 11, 2018

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA